ALAN H. BARBANEL (Cal Bar No. 108196)
abarbanel@btlawla.com
BARBANEL & TREUER, P.C.
1925 Century Park East, Suite 350
Los Angeles, California 90067
Telephone:   (310) 282-8088
Facsimile:   (310) 282-8779

Attorneys for Defendant, GENERAL REINSURANCE CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CITY OF GARDENA,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>GENERAL REINSURANCE CORPORATION; and Does 1 to 20,<br><br>　　　　　Defendants. | Case No. xxx<br><br>**NOTICE OF INTERESTED PARTIES**<br>[FRCP 7.1 and L.R. 7.1-1]<br><br>The Hon. xxx<br><br>Trial Date:　　　xxx |

Defendant General Reinsurance Corporation makes the following disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

Counsel of record for General Reinsurance Corporation certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

General Reinsurance Corporation is wholly (100%) owned by General Re Corporation. General Re Corporation is wholly (100%) owned by Berkshire Hathaway, Inc., which is a publicly traded company.

DATED: February 19, 2021        BARBANEL & TREUER, P.C.
             ALAN H. BARBANEL

            By: *Alan H. Barbanel*
              ALAN H. BARBANEL
              Attorneys for Defendant, GENERAL REINSURANCE CORPORATION

Barbanel & Treuer, P.C.
Attorneys at Law
1925 Century Park East, Suite 350
Los Angeles, California 90067
Tel (310) 282-8088 • Fax (310) 282-8779

514636.1

2
NOTICE OF INTERESTED PARTIES